## HUNTER et al. v. CUDD et al.

No. 4584.    Opinion Filed June 8, 1915.

(152 Pac. 1130.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Syllabus the same as in **Bryan v. Umholtz,** 42 Okla. 477, 141 Pac. 1107.

(Syllabus by Devereux, C.)

*Error from District Court, Carter County;*

*S. H. Russell, Judge.*

Action between Mayme Hunter and others and W. H. Cudd and others. From the judgment, Hunter and others bring error. Dismissed.

*R. E. Bowling* and *Thompson & Patterson,* for plaintiffs in error.

*Sigler & Howard* and *W. I. Cruce,* for defendants in error.

*J. S. Garrison,* for intervener.

Opinion by DEVEREUX, C.   This case was docketed in this court on November 22, 1912, and regularly assigned for submission on June 7, 1915.   No briefs have been filed, and no reason given for the failure to do so.   Under the provisions of rule 7 (38 Okla. vi, 137 Pac. ix) the appeal should be dismissed.

We therefore recommend that the appeal be dismissed.

By the Court:   It is so ordered.